June 27, 2017

<u>Via ECF</u>

The Honorable James Orenstein
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States</u> v. <u>Barclays Capital Inc., et al.</u>, Civ. No. 16-7057

Dear Judge Orenstein:

      We represent the parties in the above-referenced action and respectfully submit the enclosed Protocol Regarding Expert Discovery. The Protocol Regarding Expert Discovery is submitted pursuant to Paragraph 10 of the Amended Joint Civil Management Plan and Proposed Order (Dkt. 54) and Paragraph II.d of the Case Management and Scheduling Order (Dkt. 57).

Respectfully submitted,

| | |
|---|---|
| _/s/ Jeffrey T. Scott_ | _/s/ David M. Zinn_ |
| Karen Patton Seymour | David M. Zinn* |
| Richard H. Klapper | R. Hackney Wiegmann* |
| Jeffrey T. Scott | Jesse T. Smallwood* |
| Jonathan M. Sedlak | Amy Mason Saharia* |
| SULLIVAN & CROMWELL LLP | WILLIAMS & CONNOLLY LLP |
| 125 Broad Street | 725 Twelfth Street, N.W. |
| New York, NY 10004 | Washington, DC 20005 |
| (212) 558-4000 | (202) 434-5000 |
| seymourk@sullcrom.com | dzinn@wc.com |
| klapperr@sullcrom.com | hwiegmann@wc.com |
| scottj@sullcrom.com | jsmallwood@wc.com |
| sedlakj@sullcrom.com | asaharia@wc.com |
| | * Admitted *pro hac vice* |

                                              *Counsel for Barclays Capital Inc., Barclays Group US Inc., Barclays US LLC, Barclays Bank PLC, Barclays PLC, BCAP LLC, Securitized Asset Backed Receivables LLC, and Sutton Funding LLC*

| | |
|---|---|
| /s/ Dani R. James | /s/ Glen G. McGorty |
| Barry H. Berke<br>Dani R. James<br>Kerri Ann Law<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>(212) 715-9100<br>bberke@kramerlevin.com<br>djames@kramerlevin.com<br>klaw@kramerlevin.com | Glen G. McGorty<br>Arlen Pyenson<br>Jared A. Levine<br>CROWELL & MORING LLP<br>590 Madison Avenue<br>New York, New York  10022<br>(212) 223-4000<br>gmcgorty@crowell.com<br>apyenson@crowell.com<br>jalevine@crowell.com |
| *Counsel for Paul K. Menefee* | *Counsel for John T. Carroll* |

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

 /s/ F. Franklin Amanat

F. Franklin Amanat
Matthew R. Belz
Katharine E.G. Brooker
Charles S. Kleinberg
Evan P. Lestelle
Josephine M. Vella
ASSISTANT UNITED STATES ATTORNEYS
EASTERN DISTRICT OF NEW YORK
271A Cadman Plaza East, 7th Floor
Brooklyn, New York  11201
(718) 254-7000
franklin.amanat@usdoj.gov
matthew.belz@usdoj.gov
katharine.brooker@usdoj.gov
charles.kleinberg@usdoj.gov
evan.lestelle@usdoj.gov
josephine.vella@usdoj.gov

*Counsel for the United States of America*