October 10, 2017

<u>Via Electronic Filing and Hand Delivery</u>

The Honorable Kiyo A. Matsumoto
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States* v. *Barclays Capital Inc., et al.*, Civ. No. 16-7057

Dear Judge Matsumoto:

  We write on behalf of the Barclays Defendants[*] in the above-referenced action pursuant to Rule IV.C.1 of your Honor's Individual Motion Practices and Rules and the Court's August 17, 2017, order (Dkt. No. 74). This letter is being filed via ECF along with the following materials in support of the Barclays Defendants' fully-briefed Motion to Dismiss the Amended Complaint:

- Notice of the Barclays Defendants' Motion to Dismiss the Amended Complaint, dated June 1, 2017;

- Memorandum of Law in Support of the Barclays Defendants' Motion to Dismiss the Amended Complaint and accompanying Appendices A-F, dated June 1, 2017;

- Declaration of Marie Smith in Support of Barclays PLC's Motion to Dismiss All Claims for Lack of Personal Jurisdiction, dated April 21, 2017;

- Declaration of Jesse T. Smallwood in Support of the Barclays Defendants' Motion to Dismiss the Amended Complaint and the accompanying Exhibits 1-15, dated June 1, 2017;

- Reply in Further Support of the Barclays Defendants' Motion to Dismiss the Amended Complaint, dated October 10, 2017; and

- Declaration of Jesse T. Smallwood in Support of Reply in Further Support of the Barclays Defendants' Motion to Dismiss the Amended Complaint and the accompanying Exhibit 16, dated October 10, 2017.

---

[*] The Barclays Defendants include defendants Barclays Capital Inc., Barclays Group US Inc., Barclays US LLC, Barclays Bank PLC, Barclays PLC, BCAP LLC, Securitized Asset Backed Receivables LLC, and Sutton Funding LLC.

The Honorable Kiyo A. Matsumoto -2-

Two courtesy copies of the October 10, 2017, materials listed above are being hand-delivered to your Honor's chambers.

Respectfully submitted,

*/s/ Kannon K. Shanmugam*

Kannon K. Shanmugam
(admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 424-5000

*/s/ Karen Patton Seymour*

Karen Patton Seymour
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel.: (212) 558-4000

cc:    Counsel of record (via electronic filing)