

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 9, 2017

Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Barclays Capital, Inc.</u>, No. 16-CV-7057 (KAM/JO)

Dear Judge Orenstein:

    The parties to the above-referenced action have revised the Stipulation and [Proposed] Protective Order in the manner the Court directed in its Memoranda and Orders dated October 18 (ECF No. 101) and November 2 (ECF No. 103). Jointly with the defendants, we now respectfully tender a new, conforming draft for the Court's review and respectfully request that the Court endorse this agreement at its earliest convenience. We also attach a redline comparing this draft to the draft the parties submitted on July 11 (ECF No. 70-1).

    Respectfully submitted,

    BRIDGET M. ROHDE
    Acting United States Attorney
    Eastern District of New York

By:    /s/ {FILED ELECTRONICALLY}
    F. FRANKLIN AMANAT
    Senior Counsel
    MATTHEW R. BELZ
    CHARLES S. KLEINBERG
    EVAN P. LESTELLE
    JOSEPHINE M. VELLA
    ALEX S. WEINBERG
    Assistant United States Attorneys
    271A Cadman Plaza East
    Brooklyn, NY  11201-1820
    (718) 254-7000

Encls.:  Revised Draft Proposed Protective Order
        Redline Showing Edits to Proposed Protective Order

cc (via ECF and email):  Counsel of record for all parties