

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 29, 2018

**BY ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Barclays Capital, Inc., et al.*,
              Civil Action No. 16-CV-7057 (KAM/JO)

Dear Judge Matsumoto:

    We write, with consent of the Defendants, to inform the Court that the parties to the above-referenced matter have reached an agreement to settle the case. In accordance with the terms of the settlement agreement, the parties anticipate filing a notice of voluntary dismissal within the next few weeks. We sincerely appreciate the Court's time and attention to this matter.

    Respectfully submitted,

    RICHARD P. DONOGHUE
    United States Attorney
    Eastern District of New York

By:    /s/ {FILED ELECTRONICALLY}
        F. FRANKLIN AMANAT
        Senior Counsel
        MATTHEW R. BELZ
        CHARLES S. KLEINBERG
        EVAN P. LESTELLE
        MATTHEW J. MODAFFERI
        JOSEPHINE M. VELLA
        ALEX S. WEINBERG
        Assistant United States Attorneys
        271A Cadman Plaza East
        Brooklyn, NY  11201-1820
        (718) 254-7000

Hon. Kiyo A. Matsumoto
*United States v. Barclays Capital, Inc., et al.*, No. 16-CV-7057 (KAM/JO)
March 29, 2018
Page 2

cc:     Honorable James Orenstein, United States Magistrate Judge
        All counsel of record (via ECF and email)