UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS CAPITAL INC.; BARCLAYS GROUP US INC.; BARCLAYS US LLC; BARCLAYS BANK PLC; BARCLAYS PLC; BCAP LLC; SECURITIZED ASSET BACKED RECEIVABLES LLC; SUTTON FUNDING LLC; PAUL K. MENEFEE; and JOHN T. CARROLL,<br><br>Defendants. | No. 16-CV-7057 (KAM/JO) |

### NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff the United States of America and Defendants Barclays Capital Inc., Barclays Group US Inc., Barclays US LLC, Barclays Bank PLC, Barclays PLC, BCAP LLC, Securitized Asset Backed Receivables LLC, Sutton Funding LLC, Paul K. Menefee, and John T. Carroll have entered into an Agreement for Compromise Settlement and Release, disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their respective undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses. The Stipulation and Protective Order entered by the Court on November 13, 2017 (ECF No. 105), shall survive the dismissal of the Action to the extent necessary to govern the return or destruction of documents that the Parties or any non-Parties have designated as Confidential FIRREA Material or Confidential Information, and the Parties shall

cooperate with each other to effectuate the terms of that Stipulation. This Court shall retain jurisdiction to the extent necessary to adjudicate any dispute relating to the Agreement for Compromise Settlement and Release or its construction or enforcement and any dispute relating to the Stipulation and Protective Order entered by the Court on November 13, 2017 (ECF No. 105).

Dated: Brooklyn, New York
April 23, 2018

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: /s/
F. Franklin Amanat

F. Franklin Amanat (franklin.amanat@usdoj.gov)
Matthew R. Belz (matthew.belz@usdoj.gov)
Charles S. Kleinberg (charles.kleinberg@usdoj.gov)
Evan P. Lestelle (evan.lestelle@usdoj.gov)
Matthew J. Modafferi (matthew.modafferi@usdoj.gov)
Josephine M. Vella (josephine.vella@usdoj.gov)
Alex S. Weinberg (alex.weinberg@usdoj.gov)
ASSISTANT UNITED STATES ATTORNEYS
EASTERN DISTRICT OF NEW YORK
271A Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
(718) 254-7000

*Counsel for Plaintiff the United States of America*

So Ordered: /s/ USDJ Kiyo A. Matsumoto 5/1/18
Kiyo A. Matsumoto
U.S. District Judge

Dated: New York, New York
April 23, 2018

*[signature]*

Richard H. Klapper
Jeffrey T. Scott
Jonathan M. Sedlak
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000
klapperr@sullcrom.com
scottj@sullcrom.com
sedlakj@sullcrom.com

*[signature]*

David M. Zinn*
Kannon K. Shanmugam*
R. Hackney Wiegmann*
Jesse T. Smallwood*
Amy Mason Saharia*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
dzinn@wc.com
kshanmugam@wc.com
hwiegmann@wc.com
jsmallwood@wc.com
asaharia@wc.com

\* Admitted *pro hac vice*

*Counsel for Barclays Capital Inc., Barclays Group US Inc., Barclays US LLC, Barclays Bank PLC, Barclays PLC, BCAP LLC, Securitized Asset Backed Receivables LLC, Sutton Funding LLC*

3

Dated: New York, New York
April 23, 2018

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Barry H. Berke (bberke@kramerlevin.com)
Dani R. James (djames@kramerlevin.com)
Kerri Ann Law (klaw@kramerlevin.com)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100

*Counsel for Paul K. Menefee*

4

Dated: New York, New York
April 23, 2018

CROWELL & MORING LLP

By: _____
Glen G. McGorty

Glen G. McGorty (gmcgorty@crowell.com)
Sarah Gilbert (sgilbert@crowell.com)
Arlen Pyenson (apyenson@crowell.com)
Jared A. Levine (jalevine@crowell.com)
CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
(212) 223-4000

*Counsel for John T. Carroll*